FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 24 2024

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No. CR 2:23-cr-00066 RB

DELBERT TYLER TREVINO,

    Defendant.

## VERDICT FORM

### COUNT 1

We, the jury, duly empaneled in the above-entitled case, hereby find the defendant, Delbert Tyler Trevino:

    __X__ Guilty

    _____ Not Guilty

of the charge of Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record as charged in Count 1 of the Second Superseding Indictment.

### COUNT 2

We, the jury, duly empaneled in the above-entitled case, hereby find the defendant, Delbert Tyler Trevino:

    __X__ Guilty

    _____ Not Guilty

of the charge of Illegal Receipt of Ammunition by a Person Under Indictment as charged in Count 2 of the Second Superseding Indictment.

## COUNT 3

We, the jury, duly empaneled in the above-entitled case, hereby find the defendant, Delbert Tyler Trevino:

__X__   Guilty

_____   Not Guilty

of the charge of Illegal Receipt of Ammunition by a Person Under Indictment as charged in Count 3 of the Second Superseding Indictment.

Dated this __24__ day of April, 2024.

_[signature redacted]_
Signature of Foreperson